1   TRACY L. WILKISON
2   United States Attorney                                    JS-6
    DAVID M. HARRIS
3   Assistant United States Attorney
    Chief, Civil Division
4   CEDINA M. KIM
5   Assistant United States Attorney
    Senior Trial Attorney, Civil Division
6   PAUL SACHELARI, CSBN 230082
7   Special Assistant United States Attorney
8        Social Security Administration
         160 Spear St., Suite 800
9        San Francisco, CA  94105
10       Telephone: (510) 970-4853
         Facsimile: (415) 744-0134
11       Email: paul.sachelari@ssa.gov
12  Attorneys for Defendant

                  UNITED STATES DISTRICT COURT
13
                CENTRAL DISTRICT OF CALIFORNIA
14
                       SOUTHERN DIVISION
15

16  STEVEN FRANKLIN WILLEY,          )  No. 8:21-cv-01267-MAR
                                     )
17       Plaintiff,                  )  [~~PROPOSED~~]
                                     )  **JUDGMENT OF REMAND**
18       v.                          )
                                     )
19                                   )
    KILOLO KIJAKAZI, Acting          )
20  Commissioner of Social Security, )
                                     )
21       Defendant.                  )

22

23       The Court having approved the parties' Stipulation to Voluntary Remand

24  Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation

25  of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

26       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-

27  captioned action is remanded to the Commissioner of Social Security for further

28  ///

    ///

proceedings consistent with the Stipulation of Remand.

DATED:  January 21, 2022

HON. MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE