**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN FRANKLIN WILLEY, | Case No.: 8:21-cv-01267-MAR |
| Plaintiff, | {~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $2,019.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $402.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: March 22, 2022

_____
THE HONORABLE MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE

| | | |
|---|---|---|
| 1 | DATE: March 8, 2022 | Respectfully submitted, |
| 2 | | LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC |
| 3 | | /s/ *Monica Perales* |
| 4 | | BY: _____ |
| | | Monica Perales |
| 5 | | Attorney for plaintiff Steven Franklin Willey |